UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANITA D. SWANSON, Natural Mother and Administrator of the Estate of Anthony J. Mitchell, | ) ) ) ) |
| *Plaintiff,* | ) Civil Action No: 1:21-cv-00996-CAP ) |
| V. | ) ) |
| FULTON COUNTY, GA, GRADY EMS, LLC, JAMES LUSTER, JEREMIAH WHITEHEAD, WILLIAM ROBERTS, JAMES BAUMGARTNER and JEREMY HOLLAND, | ) ) ) ) ) ) ) |
| *Defendants.* | ) |

**PLAINTIFF'S MOTION TO ADD JENNIFER JONES, VICTORIA WHALEY, DOUGLAS HARDNETT AND DESMOND LOWE AS PARTIES PURSUANT TO FED. R. CIV. P. 15(A)(2) FED. R. CIV. P. 21 AND BRIEF IN SUPPORT**

COMES NOW, Plaintiff, and hereby file this Motion to add the following Fulton County, GA Police Officers as defendants in this case: Jennifer Jones, Victoria Whaley, Douglas Hardnett and Desmond Lowe. All of the aforementioned persons were police officers and committed excessive force in violation of the 4th and 14th Amendments of the U.S. Constitution, contributing to

the death of Anthony J. Mitchell on or around November 16, 2019 in Atlanta, Georgia.

## Statement of Facts

On November 16, 2019, Anthony Mitchell was a 19-year-old male with Autism.  On November 16, 2019, Anthony Mitchell arrived to the Bojangles Restaurant located at 5628 Fulton Industrial Blvd. SW, Atlanta, GA 30336 to have a meal.  While dining at the restaurant, Anthony Mitchell was taunted by Bojangles Restaurant employees.  As a result of being a taunted, a confrontation ensued between the Anthony Mitchell and the restaurant employees.  On November 16, 2019, Fulton County, GA police officers JENNIFER JONES, VICTORIA WHALEY,  DOUGLASS HARDNETT, and DESMOND LOWE responded to a call for service for an irate customer inside Bojangles Restaurant located at 5628 Fulton Industrial Blvd. SW, Atlanta, GA 30336.  Officer Douglas Hardnett arrived at the business at approximately 2139 hours.  Upon arrival, officer Hardnett observed Anthony Mitchell, a 19-year-old male with Autism, sitting against the outside of the restaurant, with obvious traumatic injuries to his face.  Upon review of the video surveillance footage from Bojangles Restaurant, Mr. Mitchell was involved in an altercation with employees of the restaurant beginning at 2130 hours.  The altercation escalated into a physical fight between Mr. Mitchell and at

least five employees of the restaurant.  The physical fight resulted in obvious injuries to Mr. Mitchell's face and head according to the officers.  Mr. Mitchell was bleeding from the mouth as a result of the fight.  Officers Jennifer Jones, Victoria Whaley and Desmond Lowe arrived to the scene and then restrained Mr. Mitchell in handcuffs with his arms behind his back, tied a Bojangles apron around his face (which appeared to be a modified hood) and Plaintiff believes officer Lowe pressed his knee into Mr. Mitchell's back, while Mr. Mitchell was inside the restaurant.  Officers Jones, Whaley, Harnett and Lowe then walked Mr. Mitchell out of the restaurant, bypassed a police vehicle that Mr. Mitchell could have been placed in, walked Mr. Mitchell through the parking lot and put Mr. Mitchell on the concrete ground in a prone position with officer Lowe's knee in his back and the apron tied across his face.  The position that Mr. Mitchell was placed in compromised Mr. Mitchell's breathing and contributed to his death.  Officers Jones, Whaley and Hardnett watched officer Lowe place and keep his knee in Mr. Mitchell's back for an extended period of time which contributed to the death of Mr. Mitchell.  At 2158 hours, the City of South Fulton County Fire Department (FCFD) Engine 13 staffed by Captain James Luster, Sergeant Jeremiah Whitehead and Firefighter William Roberts, were dispatched to the restaurant to treat Mr. Mitchell and arrived on scene of the subject event at 2203 hours.  Upon arrival on

scene, Captain Luster, Sergeant Whitehead and Firefighter Roberts, found Mr. Mitchell in the prone position in the parking lot of the business. Captain Luster, Sergeant Whitehead and Firefighter Roberts, noted that Mr. Mitchell was the victim of a possible assault and had incurred traumatic injuries, including bleeding they could see. Based on the information available to Engine 13 personnel, Mr. Mitchell was a patient with obvious injuries at the time Captain Luster, Sergeant Whitehead and Firefighter Roberts arrived on scene. Captain Luster recorded in the incident report that they discussed Mr. Mitchell's presentation and negotiated with the officers to leave the scene without providing Mr. Mitchell with any emergency medical assessment, emergency medical treatment, or emergency medical transportation. Captain Luster, Sergeant Whitehead and Firefighter Roberts did not record any of the information related to the subject event in the appropriate medical legal reporting format indicated for prehospital emergency medical services patients like Mr. Mitchell. Therefore, the incident report created by Captain Luster represents the only documentation of the encounter with Mr. Mitchell related to the subject event and the Engine 13 personnel. The separation of the patient/caregiver relationship between Mr. Mitchell and Captain Luster, Sergeant Whitehead and Firefighter Roberts took place when they left the scene and Mr. Mitchell was left lying on the ground in the parking lot. Based on their

incident report, Engine 13 departed the scene at 2207 hours which means the total time Captain Luster, Sergeant Whitehead and Firefighter Roberts spent on scene was 4 minutes.  Approximately 13 minutes after the departure of Captain Luster, Sergeant Whitehead and Firefighter Roberts, Grady Emergency Medical Services (Grady EMS) Ambulance Number 800, staffed by Advanced Emergency Medical Technician (AEMT) James Baumgartner and Paramedic Jeremy Holland, arrived on scene at 2220 hours, approximately 34 minutes after Mr. Mitchell was handcuffed and placed prone on the ground in the parking lot.  The video surveillance from the restaurant parking lot shows the Grady EMS ambulance pull up to the location of the parked patrol vehicles.  Grady EMS AEMT Baumgartner and Grady EMS Paramedic Holland are seen exiting the ambulance without any medical equipment and walking to the location of Mr. Mitchell and the police officers on scene.  The video footage shows AEMT Baumgartner and Paramedic Holland of Grady EMS standing in the parking lot for several minutes, then returning to the ambulance, getting into the driver's seat and passenger seat, and leaving the scene.  The Grady EMS ambulance departed the scene at 2207 hours, approximately 7 minutes after arriving at the restaurant.  During their 7 minutes on scene, AEMT Baumgartner and Paramedic Holland of Grady EMS never performed the appropriate prehospital assessment of Mr. Mitchell's condition or

traumatic injuries, never provided Mr. Mitchell with indicated medical treatment of his traumatic injuries, and never provided Mr. Mitchell with emergency medical transportation to the closest emergency department staffed and equipped to treat Mr. Mitchell's condition.  Additionally, AEMT Baumgartner and Paramedic Holland of Grady EMS never completed any medical documentation about the call for service regarding Mr. Mitchell and his traumatic injuries.  The separation of the patient/caregiver relationship between Mr. Mitchell and AEMT Baumgartner and Paramedic Holland of Grady EMS was never documented in a medical document, and Mr. Mitchell was once again left lying on the ground in the parking lot without any medical care when Grady EMS employees departed the scene.  Mr. Mitchell's mother, Shanita Swanson, was contacted by the officers on scene of the subject event.  The officers awaited on scene for Ms. Swanson to arrive at the restaurant to take her son home after the physical fight.  Without any medical caregivers on scene, custody of Mr. Mitchell was transferred to his legal guardian, Ms. Swanson, and both drove back to their residence.  Incident reports and medical records establish that Mr. Mitchell received care on November 17, 2019 from Grady Memorial Hospital, Grady EMS, and the City of South Fulton County Fire Department.  Approximately 10 minutes after arriving home with Mr. Mitchell, Ms. Swanson went to check on Mr. Mitchell and found him unconscious and

unresponsive in his bedroom.  A 911 call for service was placed from Mr. Mitchell's residence at approximately 2307 hours.  The units dispatched to the Mitchell residence were the same City of South Fulton County Fire Department Engine 13 personnel, Captain James Luster, and Sergeant Jeremiah Whitehead, Firefighter William Roberts, and Grady EMS Ambulance 800 employees AEMT James Baumgartner, and Paramedic Jeremy Holland.  All the first responders listed above, were the same EMS personnel that responded to the initial subject event on November 16, 2019 at the Bojangles's Restaurant.  Upon arrival at Mr. Mitchell's residence, Mr. Mitchell was in cardiac arrest and CPR was in progress by family members.  According to the prehospital records, it took 10 minutes for the first EMS personnel to arrive on scene and they were Captain James Luster, and Sergeant Jeremiah Whitehead, Firefighter William Roberts with the City of South Fulton County Fire Department.  The Grady EMS ambulance with Grady EMS AEMT James Baumgartner and Grady EMS Paramedic Jeremy Holland did not arrive on scene at Mr. Mitchell's residence until 17 minutes after the initial dispatch.  According to the Patient Care Report completed by Grady EMS Paramedic Holland regarding Mr. Mitchell, the Grady EMS employees made patient contact with Mr. Mitchell at 2327 hours; 20 minutes after the initial 911 call.  At the time of patient contact, Mr. Mitchell was in cardiac arrest and had no

detectable heart rhythm.  Mr. Mitchell was treated by Grady EMS employees and the firefighters from City of South Fulton County Fire Department, which was similar to the Advanced Cardiac Life Support (ACLS) guidelines according to the Patient Care Report.  During the course of treatment provided by Grady EMS Paramedic Holland for Mr. Mitchell's cardiac arrest event, there are three separate forms of Intravenous (IV) access that were established during the treatment and transportation process.  The total time Grady EMS AEMT James Baumgartner and Grady EMS Paramedic Jeremy Holland spent with Mr. Mitchell during the cardiac arrest event was 60 minutes.  The Grady EMS Patient Care Report does not clarify the failures with respect to patient treatment and management, and failure to provide timely transportation to Mr. Mitchell based on the belief by the caregivers that Mr. Mitchell was suffering from a traumatic cardiac arrest event.  Mr. Mitchell arrived at Grady Memorial Hospital at 0027 hours on November 17, 2019 still in cardiac arrest.  According to hospital records, a Trauma Team was activated to manage Mr. Mitchell's care upon his arrival at the emergency department.  However, 4 minutes after arrival at the Grady Memorial Hospital Emergency Department, Mr. Mitchell was pronounced dead.

## I.  Legal Analysis

Under Fed. R. Civ. P. 15(a), after a responsive pleading has been filed, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Rule 15(a) instructs courts to "freely give leave when justice so requires." Id at 15(a)(2).

In addition, under Fed. R. Civ. P. Rule 21, on motion or on its own, the court may at any time, on just terms, add or drop a party.

Fulton County, GA police officers Jennifer Jones, Victoria Whaley, Douglas Hardnett and Desmond Lowe were involved in the deadly confrontation with Anthony Mitchell and committed excessive force against Mr. Mitchell in violation of the 4th and 14th Amendment of the United States Constitution on November 16, 2019, which contributed to the death of Anthony Mitchell, and therefore they should be added as defendants in this case.

Justice requires that these parties are added to this case under Rule 15(a)(2). In addition, Jennifer Jones, Victoria Whaley, Douglas Hardnett and Desmond Lowe are necessary parties to this case under Rule 21.

### III. Conclusion

Plaintiff hereby requests that this Court add Fulton County Police Officers Jennifer Jones, Victoria Whaley, Douglas Hardnett and Desmond Lowe as defendants in this case. Plaintiff further moves that after this Court adds the aforementioned parties to this action, that the attached Second Amended Complaint be accepted and filed in this case.

This 15th day of March, 2021.

                                        Respectfully Submitted,

                                        /s/ Michael D. Harper
                                        MICHAEL D. HARPER
                                        Georgia Bar No. 328378
                                        Attorney for Plaintiff

Michael D. Harper, P.C.
3481 Lakeside Dr. NE, Suite 2406
Atlanta, GA 30326
Telephone: (404) 271-6618
Facsimile: (404) 600-2146
Email: mharper@mharperlaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Amended Complaint with the Clerk of Court using the CM/ECF system which will automatically send PLAINTIFF'S MOTION TO ADD PARTIES, and email notifications of such filing to the parties and/or attorneys of record.

This 15th day of March, 2021.

Respectfully Submitted,

/s/ Michael D. Harper
MICHAEL D. HARPER
Georgia Bar No. 328378
Attorney for Plaintiff

Michael D. Harper, P.C.
3481 Lakeside Dr. NE, Suite 2406
Atlanta, GA 30326
Telephone: (404) 271-6618
Facsimile:  (404) 600-2146
Email: mharper@mharperlaw.com