Law Offices

# MICHAEL D. HARPER, P.C.

1075 Peachtree Street, N.E., SUITE 3650
ATLANTA, GEORGIA 30309-3934

Telephone: (404) 965-3565
Facsimile: (404) 965-3765

Mharper@mharperlaw.com
www.mharperlaw.com

April 10, 2020

**VIA CERTIFIED MAIL NO. 7010 2780 0002 0838 1047**

Chairman Robb Pitts
Fulton County Board of Commissioners
141 Pryor Street SW
10th Floor
Atlanta, Georgia 30303

**VIA CERTIFIED MAIL NO. 7011 2000 0001 7301 8719**

Darryl Halbert, Chief
Fulton County Police Department
4701 Fulton Industrial Blvd.
Atlanta, Georgia 30336

Re: Amended Ante Litem Notice Regarding Anthony J. Mitchell (Deceased)

Dear Chief Halbert and the Fulton County Board of Commissioners:

This law firm, represents the Estate of Anthony J. Mitchell (deceased). Pursuant to O.C.G.A § 36-11-1, this correspondence constitutes a formal amended ante litem notice to Chief Halbert and Fulton County, Georgia, <u>in order to make a specific demand for settlement</u> regarding the wrongful death of Anthony J. Mitchell which occurred in Fulton County, GA as a result of an altercation at the Bojangles Restaurant at 5628 Fulton Industrial Blvd. St. SW Atlanta, Georgia 30336 on or around November 16, 2019.

The claims against the Fulton County Police Department are based upon the negligence and excessive force of the police officers who detained Mr. Mitchell prior to his death at the restaurant. The officers violated Georgia law and the United States and Georgia Constitutional rights of Mr. Mitchell pursuant to Fulton County police customs and practices, which proximately caused his death.

Therefore, pursuant to O.C.G.A. § 36-11-1, as counsel for the above-referenced party, we are representing them for the pre-death pain and suffering, Wrongful Death, funeral and burial expenses, and any other damages allowed under Federal and Georgia law within the twelve-month period required by statute. Accordingly, we are hereby **specifically demanding** $10,000,000.00 for the value of Anthony J. Mitchell's life on behalf of the estate of Anthony J. Mitchell, against Fulton County, GA and Chief Halbert.

Fulton County Police
Fulton County, Georgia
Ante Litem Notice
April 10, 2020
Page 2

If you contend this letter does not provide you with sufficient notice pursuant to O.C.G.A. § 36-11-1, or comply with said statute, please advise me immediately in writing, and we will correct any deficiencies.

Should you have any questions or concerns or if you wish to discuss the matter in further detail please let us know immediately. We look forward to your response.

Very truly yours,

Michael D. Harper,
Attorney at Law

MDH/clj

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7010 2780 0000 2000 8830 1447

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Darryl Halbert, chief
Street, Apt. No.; or PO Box No. 4794 Fulton Ind. Blvd
City, State, ZIP+4 Atlanta, GA 30336

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7011 2000 0001 7301 8719

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Rob Pitts, Chairman
Street, Apt. No.; or PO Box No. 141 Pryor St SW 10th Floor
City, State, ZIP+4 Atlanta, GA 30303

PS Form 3800, August 2006 — See Reverse for Instructions