# John B. Everlove, Paramedic/B.A.

844-810-1917 toll free
805-551-4115 cell
805-379-4352 fax
john@acesfirm.com



## CURRENT LICENSES AND CERTIFICATIONS

- National Paramedic Certification
- State of California Paramedic License
- State of Florida Paramedic License
- State of Michigan Paramedic License
- Ventura County Paramedic Certificate of Accreditation
- Advanced Cardiac Life Support Provider
- Pediatric Advanced Life Support Provider
- Basic Life Support Healthcare Instructor
- Basic Life Support Healthcare Provider
- Drug Abuse Recognition Evaluator
- Federal Emergency Management Agency Emergency Response Team Member
- National Association of EMS Education Instructor
- National Incident Management Systems Provider
- Emergency Vehicle Operations Course Instructor
- National Association of State EMS Officials Member
- California EMS Education Association Member

## EXPERIENCE

### City of Fillmore Fire Department                                      2020-Present

**Paramedic/Firefighter**

Provide primary prehospital emergency care to the citizens of the City of Fillmore in accordance with Ventura County EMS policies and procedures.

### Moorpark College-Health Sciences Department                2019-Present

**Allied Health Sciences Coordinator and EMT Program Director**

Administration and oversight of Allied Health Sciences Division. National Registry of Emergency Medical Technicians Approved Program Director and Credentialed Instructor by the Ventura County Board of Education. Development, implementation, administration and oversight of Allied Health Sciences Education programs at Moorpark College. National EMS Scope of Practice, National EMS Education Standards and industry best practices instruction, as well as data analysis, student remediation and counseling.

**American Medical Response (AMR)**                                                       **1997-2020**

    ***Associate Supervisor***                                                        **2018-2020**

    ***Paramedic***                                                                    **2007-Current, 1997-1998**

Pre-hospital Emergency Medical Care Provider - Ventura County, California; Community Partnership Team Member; Disaster Response Team Member; Strike Team Leader; High Risk Patient Response Team Leader; Community Service Education provider; CPR/First Aid Trainer; Call Intake and Ambulance dispatcher. Community Education coordinator for Drug Abuse Awareness. Emergency Infectious Disease (EID) Team Leader. Nepal Earthquake Emergency Medical Response 2015.

    ***Clinical Manager***                                                              **2004-2007**

Administrator of the Quality Improvement/Quality Assurance programs for AMR Ventura County. Developed and implemented training standards for Paramedics and EMTS. Developed and implemented professional standards and guidelines for Clinical care. Research and implementation of new equipment for prehospital care. (i.e. 12 Lead ECG/EZ IO System/CPAP) National Association of Emergency Medical Services Educators (NAEMSE) Instructor; Multi Casualty Incident Instructor; Basic Life Support Instructor; Bio Terrorism Trainer; Agency Health and Risk Management Program Administrator; Multi agency liaison with voting membership on the Ventura County Emergency Medical Services Pre-Hospital Services Committee, Multi Casualty Incident Committee & Advanced Life Support Clinical Quality Improvement Committee. CAAS Accreditation completion; RFP completion; Conducted Clinical Care investigations and reviewed all Unusual Occurrence Incidents within the organization.

    ***Paramedic Supervisor***                                                       **1999-2004**

Primary Advanced Life Support and Emergency Paramedic responsibilities, and directly supervised a contingent of 36 employees, over an area of approximately 140 square miles, during a 24-hour shift period. Coordinated operational resources during Multi-Casualty Incidents, involving multiple agencies, using a unified Incident Command System. Initiated, Developed and Supervised a Paramedic Mountain Bike Team Program in Ventura County. Investigations conducted of clinical care, scene management, conduct of Paramedics and EMTs as well as investigations related to patient outcomes. Participated in the hiring, training and disciplinary process for Paramedics and EMTs

    ***Field Training Officer***                                                      **1998-1999**

Educated and trained new Paramedic and EMT employees, as well as Paramedic and EMT students, in all aspects clinical and operational aspects of pre-hospital emergency care. Liaison between hospitals and other community service agencies relating to clinical Quality Improvement and Quality Assurance. Development, oversight and implementation of new training standards, policies and procedures as well as utilization of field-based equipment.

### Conejo Valley Adult Education                                             2009-2013
**EMT Program Director and Principal Instructor**
National Registry of Emergency Medical Technicians Approved Program Director and Credentialed Instructor with the Ventura County Board of Education. Curriculum covered National Standards of Care, data analysis, remediation and student counseling. Oversight of all aspects of the EMT program regarding implementation of the curriculum, clinical training, clinical evaluation and the standardized testing of EMT students.

### Ventura County Sheriff's Department-Aviation Unit                   1994-2010
**Flight Paramedic**
Rescue Paramedic and Training Officer. Performed helicopter rescue operations using mountain rescue, hoist rescue, and swift water rescue techniques. As part of the flight crew, conducted operations related to narcotic reconnaissance, pursuits, surveillance, and fire suppression operations. Drug Abuse Recognition Certificate from California Narcotics Officers Association (CNOA), firearms training, and powers of arrest training. P.O.S.T. Bike Patrol Certified.

### Ventura County Sheriff's Department-East Valley Division SAR      1994-2000
**Search and Rescue Team Member**
Probationary Class Captain. Conducted Search and Rescue Operations using navigation methods, tracking, mountain rescue, swift water rescue, winter rescue, confined space rescue, and urban search and rescue techniques. Chairperson for the Emergency Medical Services committee, oversight of training, patient care analysis, Quality Assurance/Quality Improvement. Published amendments to the Ventura County Prehospital Policy Manual, as it related to medical care provided by the Search and Rescue team. Conducted searches for missing persons, including investigation and collection of evidence. Led and participated in Emergency Action Planning for disasters and special events.

### Los Robles Regional Medical Center                                      1994-1996
**Clinical Laboratory Phlebotomist**
Obtained blood, serum and culture specimens from adults, children and infants.

### Professional Ambulance                                                        1992-1994
**Paramedic (EMT-P)**
Provided primary prehospital emergency care to the citizens of the City of Glendale. Oversaw community-based events and education. Provided CPR and First Aid training to public and private organizations.

### Courtesy Ambulance                                                              1989-1991
**Emergency Medical Technician (EMT)**
Provided primary 911 prehospital emergency care to the citizens of the City of Santa Paula, the City of Fillmore and the City of Ventura.

### Los Robles Regional Medical Center                                              1989-1989
**Radiology, Cath Lab, Surgery Assistant**
Worked in all three departments assisting physicians, nurses and other healthcare team members.

## EDUCATION

### University of California, San Diego                                              1995-1998
**Bachelors of Arts Degree**
- Psychology (Physiological) and Law & Society
- Captain of the Crew team 1996-1997

### Mt. San Antonio College, Walnut, CA                                              1991
**Paramedic Training Program**
- <u>Clinical Internships</u>: Northridge Hospital Medical Center (Northridge, CA) and Inter-Community Hospital (West Covina, CA)
- <u>Field Internship</u>: Los Angeles City Fire Department Station 81 (Arleta, CA)
- Paramedic Class Captain

### Pierce College, Woodland Hills, CA                                              1990
**Emergency Medical Technician (EMT) Program**

## AWARDS & RECOGNITION

- **Higgins & Langley Award for Bravery, 1995** (VCSO East Valley-Swift Water Rescue)
- **Commendation, 1998** (AMR, Service & Professionalism-Medical Call)
- **Commendation, 1998** (AMR, Professionalism & Service-Medical Call)
- **Commendation, 1999** (VCSO Air Unit, Sheriff Brooks Professionalism & Dedication)
- **Commendation, 1999** (VCSO Air Unit, Dedication and Service-Medical Rescue)
- **Commendation, 2000** (AMR, Performance-Medical Call)
- **Commendation 2001** (AMR, Performance-Heavy Rescue Traffic Collision)
- **Commendation, 2001** (AMR, Performance-Traffic Collision/MCI- School Bus)
- **Commendation, 2002** (USSS/White House Medical Staff-Letter of Appreciation for Service & Dedication during Presidential Visit/Motorcade)
- **Commendation, 2003** (USSS/White House Medical Staff-Letter of Appreciation for Service & Dedication during Vice Presidential Visit/Motorcade)
- **Commendation, 2003** (AMR, Dedication and Service during wildfires)
- **Commendation**, **Medical Unit Incident Commander, 2004** (AMR/USSS/White House, "Operation Serenade" Funeral Services for Former President Ronald Reagan)
- **Commendation, 2005** (AMR, Professionalism and Dedication La Conchita Incident)
- **Award for Uncommon Valor, 2006** (VCSO Aviation Unit, Helicopter Rescue)
- **Commendation, 2007** (AMR, Professionalism and Service-Medical Call)
- **Commendation, 2007** (VCSO Air Unit, Professionalism and Service-Medical Call)
- **Commendation, 2008** (AMR, Professionalism and Service-Medical Call)

- **Commendation, 2009** (AMR, Successful Resuscitation of Cardiac Arrest Victim)
- **Commendation, 2009** (AMR, Disaster Planning Community Service Event)
- **Commendation, 2009** (VCSO Air Unit, Professionalism and Service-Medical Rescue)
- **Commendation, 2009** (AMR, Disaster Planning Community Service Event)
- **Commendation, 2010** (AMR, Successful Resuscitation of Cardiac Arrest Victim)
- **Commendation, 2010** (AMR, Professionalism and Service-Medical Call)
- **Commendation, 2011** (AMR, Professionalism and Service-Medical Call)
- **Commendation, 2011**(AMR, Professionalism and Service-Medical Call)
- **Commendation, 2011**(Ronald Reagan Library Foundation, Centennial Celebration)
- **Commendation, 2011**(Ronald Reagan Library Foundation, Republican Debates)
- **Commendation, 2013**(AMR, Successful Resuscitation of Cardiac Arrest Victim)
- **Commendation, 2015** (Ronald Reagan Library Foundation, Republican Debates)
- **Commendation, Medical Unit Incident Commander 2016** (AMR, "Operation Rainbow" Funeral Services for Former First Lady Nancy Reagan)