# INCIDENT/INVESTIGATION REPORT

| Agency Name | | | | Case# |
|---|---|---|---|---|
| **Fulton County Police Department** | | | | **2019-002908** |

| ORI | | Date / Time Reported |
|---|---|---|
| GA0601300 | | 11/16/2019 21:34  Sat |

Last Known Secure: 11/16/2019 21:34  Sat

At Found: 11/16/2019 21:34  Sat

**INCIDENT DATA**

| Location of Incident | Premise Type | Zone/Tract |
|---|---|---|
| 5628 Fulton Industrial Blvd Sw, Unincorp Fulton | Restaurant | FC23 |

**#1** Crime Incident(s) (Com): Demented Person Transported 9904

Weapon / Tools: Other — Entry — Exit — Security — Activity

**#2** Crime Incident ( )

Weapon / Tools — Entry — Exit — Security — Activity

**#3** Crime Incident ( )

Weapon / Tools — Entry — Exit — Security — Activity

**MO**

## VICTIM

| # of Victims | Type: | Injury: | Domestic: NO |
|---|---|---|---|
| 1 | | | |

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

Home Address — Home Phone

Employer Name/Address — Business Phone — Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL   Injury: None

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | STATHAM, TYREK DEQUAN | 1, | 02/24/2000  Age 19 | B | M | 1ST | Resident | |

Home Address: 5190 Wendwood Rd Sw  Conyers, GA 30094 — Home Phone: 404-545-7967

Employer Name/Address: BOJANGLES, 5638 Fulton Industrial Blvd (MANAGER) — Business Phone — Mobile Phone

Type: INDIVIDUAL   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | SWANSON, SHANITA DIANE | | 02/14/1982  Age 37 | B | F | | Resident | |

Home Address: 55 Long Dr  Covington, GA 30016 — Home Phone: 470-272-8758

Employer Name/Address — Business Phone — Mobile Phone

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Officer/ID#  JONES, J.  (FCPD1101)

Invest ID#  GORE, J.  (FCPD1139)

Supervisor  SCHIERLE, K.  (FC16464)

## Status

| Complainant Signature | Case Status | Case Disposition: | Page 1 |
|---|---|---|---|
| | Active   11/19/2019 | | |

R_CS1IBR        Printed By: FC15758,        Sys#: 39540        11/22/2019 12:38

## INCIDENT/INVESTIGATION REPORT

Fulton County Police Department

Case # 2019-002908

Status Codes    1 = None   2 = Burned   3 = Counterfeit / Forged    4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
WHALEY, V. (FCPD1242),  HARDNETT, D.E. (FC129968),  LOWE, D. (FCPD1130)

Suspect Hate / Bias Motivated:    NONE (NO BIAS)

NARRATIVE

## REPORTING OFFICER NARRATIVE

| Fulton County Police Department | | OCA |
|---|---|---|
| | | *2019-002908* |
| Victim | Offense | Date / Time Reported |
| | DEMENTED PERSON TRANSPORTED | *Sat 11/16/2019 21:34* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 11/16/2019 at approximately 2135 HRS, Officer Lowe and I (Officer J. Jones) was dispatched to 5638 Fulton Industrial Blvd (Bojangles Restaurant) in reference to an irate customer.
Upon arrival, Sgt. Hardnett was already on scene and had visual contact on the subject; later identified as Anthony Mitchell.

Officer Lowe and I witnessed Mitchell sitting on the ground blocking the door of the business preventing employees from exiting. He was bleeding from the mouth and was spitting blood at Sgt. Hardnett. He then spit blood in Officer Lowe's direction. Sgt. Hardnett asked if he wanted to go to jail. Mitchell mumbled "I'm going to beat your ass" and stood up. He began to stare aggressively at Officer Lowe and Sgt. Hardnett before he began to bang his head and body against the front door of the business. Mitchell then opened the door and entered the business while spitting his blood from his mouth onto the floor. Officer Lowe, Sgt. Hardnett and I told Mitchell to stop several times. Once he entered the business I was able to grab him by his arm. Mitchell resisted and Sgt. Hardnett and Officer Lowe was able to hold Mitchell's arm while I placed him in handcuffs. Mitchell then used his body weight to fall to the ground while continuing to spit and kick Officer Lowe and Sgt. Hardnett.

Mitchell was removed from the business. I requested medical attention for Mitchell for the bleeding. I spoke with the victim and manager, Mr. Tyrek Statham, who advised that Mitchell frequents the business and has a mental disability. On this evening, he entered the restaurant and asked for food. Once his card declined, Mr. Statham gave him a meal without pay. After eating, Mitchell asked for more food. When his card declined again, Statham asked him to leave the store. That's when he advised Mitchell became irate and jumped over the counter and approached him. Statham stated that he tried to defend himself against Mitchell. Other employees helped get Mitchell from behind the counter and out of the store where they then called police.

Mr. Mitchell was able to give police his mother's information. I made contact with his mother, Ms. Shanita Swanson and asked her about his medical conditions. She stated that Mitchell suffers from autism and is currently off of medication (Risperdal). She arrived to the location several minutes later and was able to calm Mitchell down. South Fulton Fire Engine 13 and Grady EMS Unit 800 arrived on scene to assess the patient. Ms. Swanson advised that he does not need medical attention and stated that she was an EMT and would get him medical help if needed. Mitchell was released to his mother without incident. Case number issued.

| | | | |
|---|---|---|---|
| Reporting Officer: *JONES, J.* | Printed By: FC15758, | 11/22/2019 12:40 | Page 3 |
| R_CS3NC | | | |

# Incident Report Suspect List

*Fulton County Police Department*

OCA: *2019-002908*

| 1 | Name (Last, First, Middle)<br>MITCHELL, ANTHONY JERMAINE | Also Known As | Home Address<br>1150 SIGMAN RD NE APT A4<br>CONYERS, GA 30012 |
|---|---|---|---|
| | Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/05/1999 | 19 | | M | | 510 | 180 | | BRO | | 061298071 GA |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | | Color | | Caliber | Dir of Travel |
| | | | | | | | | | | Mode of Travel |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | | VIN |

Notes _____   Physical Char

| | | | INCIDENT/INVESTIGATION REPORT | | Case# 2019-002908 |
|---|---|---|---|---|---|

**Agency Name:** Fulton County Police Department

**ORI:** GA0601300

**Date / Time Reported:** 11/16/2019 21:34  Sat

**Last Known Secure:** 11/16/2019 21:34  Sat

**Location of Incident:** 5628 Fulton Industrial Blvd Sw, Unincorp Fulton

**Premise Type:** Restaurant

**Zone/Tract:** FC23

**At Found:** 11/16/2019 21:34  Sat

### INCIDENT DATA

| | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Demented Person Transported 9904 | | Other | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

### VICTIM

**# of Victims** 1  **Type:**  **Injury:**  **Domestic: NO**

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHERS INVOLVED

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL   **Injury:** None

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | STATHAM, TYREK DEQUAN | 1, | 02/24/2000 Age 19 | B | M | 1ST | Resident | |

**Home Address:** 5190 Wendwood Rd Sw  Conyers, GA 30094  **Home Phone:** 404-545-7967

**Employer Name/Address:** BOJANGLES, 5638 Fulton Industrial Blvd (MANAGER)  **Business Phone:**  **Mobile Phone:**

**Type:** INDIVIDUAL   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | SWANSON, SHANITA DIANE | | 02/14/1982 Age 37 | B | F | | Resident | |

**Home Address:** 55 Long Dr  Covington, GA 30016  **Home Phone:** 470-272-8758

**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

### PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### STATUS

**Officer/ID#:** JONES, J. (FCPD1101)

**Invest ID#:** GORE, J. (FCPD1139)

**Supervisor:** SCHIERLE, K. (FC16464)

**Complainant Signature**  **Case Status:** Active  11/19/2019  **Case Disposition:**  **Page 1**

R_CS1IBR   Printed By: FCPD1240,   Sys#: 39540   11/21/2019 10:55

## INCIDENT/INVESTIGATION REPORT

*Fulton County Police Department*

Case # *2019-002908*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*WHALEY, V. (FCPD1242),   HARDNETT, D.E. (FC129968),   LOWE, D. (FCPD1130)*

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

NARRATIVE

On 11/16/2019 at approximately 2135 HRS, Officer Lowe and I (Officer J. Jones) was dispatched to 5638 Fulton Industrial Blvd (Bojangles Restaurant) in reference to an irate customer.
Upon arrival, Sgt. Hardnett was already on scene and had visual contact on the subject; later identified as Anthony Mitchell.

Officer Lowe and I witnessed Mitchell sitting on the ground blocking the door of the business preventing employees from exiting. He was bleeding from the mouth and was spitting blood at Sgt. Hardnett. He then spit blood in Officer Lowe`s direction. Mitchell then opened the door and entered the business while spitting his blood from his mouth onto the floor. Once he entered the business I was able to grab him by his arm. Mitchell resisted and Sgt. Hardnett and Officer Lowe was able to hold Mitchell`s arm while I placed him in handcuffs. Mitchell then used his body weight to fall to the ground while continuing to spit and kick Officer Lowe and Sgt. Hardnett.

Mitchell was removed from the business. I requested medical attention for Mitchell for the bleeding. Mr. Mitchell was able to give police his mother`s information. I made contact with his mother, Ms. Shanita Swanson and asked her about his medical conditions. She stated that Mitchell suffers from autism and is currently off of medication (Risperdal). She arrived to the location several minutes later and was able to calm Mitchell down. South Fulton Fire Engine 13 and Grady EMS Unit 800 arrived on scene to assess the patient. Ms. Swanson advised that he does not need medical attention and stated that she was an EMT and would get him medical help if needed. Mitchell was released to his mother without incident. Case number issued.

## Incident Report Suspect List

*Fulton County Police Department*

OCA: *2019-002908*

| 1 | Name (Last, First, Middle) <br> *MITCHELL, ANTHONY JERMAINE* | Also Known As | Home Address <br> *1150 SIGMAN RD NE APT A4* <br> *CONYERS, GA 30012* |
|---|---|---|---|

Business Address

| DOB <br> *12/05/1999* | Age <br> *19* | Race | Sex <br> *M* | Eth | Hgt <br> *510* | Wgt <br> *180* | Hair | Eye <br> *BRO* | Skin | Driver's License / State. <br> *061298071 GA* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | Model | | | Color | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char