UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANITA D. SWANSON, Natural Mother and Administrator of the Estate of Anthony J. Mitchell, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No: 1:21-cv-00996-AT |
| V. | ) |
| FULTON COUNTY, GA, GRADY EMS, LLC, JAMES LUSTER, JEREMIAH WHITEHEAD, WILLIAM ROBERTS, JAMES BAUMGARTNER and JEREMY HOLLAND, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenburg and that I will comply with its provisions during the pendency of this litigation.

/s/Candace J. Rodgers
Candace J. Rodgers