# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANITA D. SWANSON, Natural Mother and Administrator of the Estate of Anthony J. Mitchell, <br><br> Plaintiff, <br><br> v. <br><br> FULTON COUNTY, GA, GRADY EMS, LLC, JAMES LUSTER, JEREMIAH WHITEHEAD, WILLIAM ROBERTS, JAMES BAUMGARTNER, JEREMY HOLLAND, JENNIFER JONES, VICTORIA WHALEY, DOUGLASS HARDNETT, and DESMOND LOWE <br><br> Defendants. | CIVIL CASE NO. <br><br> 1:21-cv-00996-AT |

## FULTON COUNTY POLICE OFFICERS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES

COMES NOW Defendant Jennifer Jones, Victoria Whaley, Douglass Hardnett, and Desmond Lowe (the "Fulton County Police Officer Defendants"), by and through its undersigned counsel, and hereby file this Motion to Dismiss Plaintiff's Second Amended Complaint. In support of this motion, the Fulton County Police Officer Defendants rely upon the brief filed contemporaneously herewith.

1

Respectfully submitted, this 17th day of September, 2021.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Kaye Woodard Burwell
Interim County Attorney
Georgia Bar No. 775060
kaye.burwell@fultoncountyga.gov

Steven E. Rosenberg
Deputy County Attorney
Georgia Bar No. 614560
steven.rosenberg@fultoncountyga.gov

*/s/ William K. Scott*
William Scott
Assistant County Attorney
Georgia Bar No. 252892
william.scott@fultoncountyga.gov

**Attorneys for Defendant Fulton County, Georgia**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANITA D. SWANSON, Natural Mother and Administrator of the Estate of Anthony J. Mitchell, <br><br> Plaintiff, <br><br> v. <br><br> FULTON COUNTY, GA, GRADY EMS, LLC, JAMES LUSTER, JEREMIAH WHITEHEAD, WILLIAM ROBERTS, JAMES BAUMGARTNER, JEREMY HOLLAND, JENNIFER JONES, VICTORIA WHALEY, DOUGLASS HARDNETT, and DESMOND LOWE <br><br> Defendants. | CIVIL CASE NO. <br><br> 1:21-cv-00996-AT |

## CERTIFICATE OF FONT, TYPE AND SERVICE

THIS IS TO CERTIFY that I presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C). I further certify that I electronically filed this certificate of service with the Clerk of Court using the CM/ECF system and served a copy of the foregoing **FULTON COUNTY POLICE OFFICERS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES** upon all parties by through use of the Court's ECF system and

3

by depositing a true and correct copy of same in the United States Mail with adequate postage affixed thereto, addressed as follows:

**MICHAEL D. HARPER, P.C.**
Michael D. Harper
3481 Lakeside Dr. N.E., Suite 2406
Atlanta, Georgia 30326
mharper@mharperlaw.com

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP**
Harvey S. Gray
Alex Joseph
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower
Atlanta, Georgia 30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com

**THOMAS KENNEDY SAMPSON & TOMPKINS LLP**
Jeffrey E. Tompkins
Marriah N. Paige
3355 Main Street
Atlanta, Georgia 30337
(404) 688-4503
j.tompkins@tkstlaw.com
m.paige@tkstlaw.com

This 17th day of September, 2021.

*/s/ William K. Scott*
William Scott
Assistant County Attorney
Georgia Bar No. 252892
william.scott@fultoncountyga.gov

4

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 3048
Atlanta, Georgia 30303
404-612-0234 (office)
404-730-6324 (facsimile)