IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| SHANITA SWANSON, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
|  | : 1:21-cv-00996-AT |
| FULTON COUNTY, GA et al., | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on View Point Health's Motion to Quash or Modify Subpoena [Doc. 68]. View Point Health is a medical provider and a non-party to this action. Defendants James Luster and Jeremiah Whitehead served View Point Health with a subpoena on August 24, 2021, requesting that View Point Health provide "[f]rom any and all dates . . ., any and all medical documents and records pertaining to the care, treatment, and examination of Anthony J. Mitchell." (View Point Health Subpoena, Doc. 68-1.) View Point Health moved to quash Defendants' subpoena on September 22, 2021.

Upon review of View Point Health's Motion, the Court **ORDERS** the parties to confer regarding reasonable modification of Defendants' subpoena, including how to narrow the scope of the subpoena, by **November 15, 2021**. The parties

are then **ORDERED** to provide the Court with a status update by **November 22, 2021** stating whether the parties have reached an agreement about how to modify and narrow the scope of the subpoena. If the parties are unable to resolve this subpoena issue, Defendants James Luster and Jeremiah Whitehead are **ORDERED** to respond to View Point Health's Motion to Quash or Modify Subpoena by **November 29, 2021**. View Point Health will have until **December 3, 2021** to reply.

      **IT IS SO ORDERED** this 2nd day of November, 2021.

_____
**Honorable Amy Totenberg**
**United States District Judge**