IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANITA D. SWANSON, Natural Mother and Administrator of the Estate of Anthony J. Mitchell, <br><br> Plaintiff, <br><br> v. <br><br> FULTON COUNTY, GA, *et al.*, <br><br> Defendants. | CIVIL CASE NO. <br><br> 1:21-cv-00996-AT |

## DEFENDANTS FULTON COUNTY POLICE OFFICERS' INITIAL DISCLOSURES

(1) If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information in this disclosure response.

Defendants Fulton County Police Officers Jennifer Jones, Victoria Whaley, Douglass Hardnett, and Desmond Lowe (the "Defendant Officers") do not contend they are improperly identified.

(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

None.

(3)     Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.

The Fulton County Police Department was notified of an on-going physical altercation at a Bojangles restaurant located at 5628 Fulton Industrial Boulevard, Atlanta, Georgia.  Upon arrival, Defendant Officers were confronted with a non-compliant individual – Anthony J. Mitchell – who spit blood at them, threatened them with physical violence, and was a risk of injury to himself and others.  When Mr. Mitchell failed to comply with lawful commands and resisted Defendant Officers, he was restrained and removed from the restaurant.  He continued to resist during his restraint.  Multiple medical resources were called to the scene to examine Mr. Mitchell.  At Mr. Mitchell's request, Defendant Officers called his mother, a trained medical professional, who arrived and took custody of him.

(4)     Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.

This list is not exhaustive.  The Defendant Officers identify the following: 42 U.S.C. § 1983; 42 U.S.C. § 12131(1); 42 U.S.C. § 12132; *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978); *Los Angeles v. Heller*, 475 U.S. 796 (1986); *City of Canton, Ohio v. Harris*, 489 U.S. 378 (1989); *Board of County Com'rs v. Brown*, 520 U.S. 397 (1997); *Connick v. Thompson*, 563 U.S. 51 (2011); *Vineyard v. Cty. of Murray*, 990 F.2d 1207 (11th Cir. 1993); *Grech v. Clayton Cty., Ga.*, 335 F.3d 1326

(11th Cir. 2003); *McDowell v. Brown*, 392 F.3d 1283 (11th Cir. 2004); *Craig v. Floyd Cty., Ga.*, 643 F.3d 1306 (11th Cir. 2011); *AFL–CIO v. City of Miami*, 637 F.3d 1178 (11th Cir. 2011); *Hoefling v. City of Miami*, 811 F.3d 1271 (11th Cir. 2016); *Mann v. Joseph*, 805 F. App'x 779 (11th Cir. 2020); *Kinlocke v. Benton*, 257 F. Supp. 3d 1368 (N.D. Ga. 2017).

(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

See Attachment A. The Defendant Officers have not identified a complete list of witnesses who may have knowledge relevant to the facts as alleged in the pleadings. The Defendant Officers reserve the right to supplement this list as discovery progresses.

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

The Defendant Officers have not yet retained any experts as of the making of these disclosures. The Defendant Officers reserve the right to supplement this response at such time as any expert is retained.

(7) Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

<u>See Attachment C. The Defendant Officers have not yet identified a complete list of documents relevant to the facts as alleged in the pleadings and, therefore, reserve the right to supplement this response by identifying and disclosing relevant documents at a later date.</u>

(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

<u>None.</u>

(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

<u>The Defendant Officers deny liability and are unable to identify with certainty, at this time, some other persons or legal entities that are liable to the plaintiff based upon the circumstances as alleged in the pleadings.</u>

(10) Attach for inspection and copying under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable

to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

<u>None.</u>

This 2nd day of May, 2022.

                               **OFFICE OF THE FULTON COUNTY ATTORNEY**

Y. Soo Jo
County Attorney

Kaye Woodward Burwell
Deputy County Counsel
Georgia Bar No. 775060

Steven E. Rosenberg
Deputy County Counsel
Georgia Bar No. 614560
steven.rosenberg@fultoncountyga.gov

<u>*/s/ Emilie O. Denmark*</u>
Emilie O. Denmark
Senior Assistant County Counsel
Georgia Bar No. 185110
emilie.denmark@fultoncountyga.gov

*Attorneys for Defendants Fulton County Police Officers Jennifer Jones, Victoria Whaley, and Douglass Hardnett*

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)

# ATTACHMENT A

1. Plaintiff Shanita Swanson
   Can be contacted through Plaintiff's Counsel of Record
   Can testify regarding her knowledge of decedent Anthony Mitchell, the events of the incident, and damages

2. Defendant Grady EMS LLC
   Can be contacted through Counsel of Record
   Can provide information regarding the incident

3. Defendant James Luster
   Can be contacted through Counsel of Record
   Can provide information regarding the incident

4. Defendant Jeremiah Whitehead
   Can be contacted through Counsel of Record
   Can provide information regarding the incident

5. Defendant William Roberts
   Can provide information regarding the incident

6. Defendant James Baumgartner
   Can be contacted through Counsel of Record
   Can provide information regarding the incident

7. Defendant Jeremy Holland
   Can be contacted through Counsel of Record
   Can provide information regarding the incident

8. Unnamed employees of Bojangles Restaurant located at 5628 Fulton Industrial Blvd. SW, Atlanta, Georgia 30336
   Can provide information regarding the incident and any prior incidents involving decedent Anthony Mitchell; can also confirm discoverable information including video recordings

9. Desmond Lowe
   Can be contacted through Counsel for Fulton County

Can provide information regarding the incident

10. Douglas Hardnett
    Can be contacted through Counsel for Fulton County
    Can provide information regarding the incident

11. Jennifer Jones
    Can be contacted through Counsel for Fulton County
    Can provide information regarding the incident

12. Victoria Whaley
    Can be contacted through Counsel for Fulton County
    Can provide information regarding the incident

13. Dexter (Last Name Unknown)
    Boulder Ridge Dr. SW
    (Additional Address Unknown)
    (678) 754-4420
    May have called in a complaint to police relating to a fight at the Bojangles Restaurant

14. Decedent Anthony Mitchell's treating physicians (both medical and mental health professionals)
    Can provide testimony regarding decedent Anthony Mitchell's medical and mental health

15. Grady Memorial Hospital personnel responsible for decedent Anthony Mitchell's diagnosis, care, treatment, and health records

16. Any law enforcement professionals who investigated the incident in question
    Can potentially provide testimony regarding the incident in question

## ATTACHMENT C

1. Decedent Anthony Mitchell's medical records and treatment files

2. Fulton County Police Event Report

3. Any and all documents maintained by the Fulton County Police Department regarding the incident in question

4. Any and all documents maintained by the Fulton County Police Department regarding this lawsuit

5. Fulton County Personnel Policies and Procedures Manual

6. Fulton County Police Department Standard Operating Procedures and Regulations.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANITA D. SWANSON, Natural Mother and Administrator of the Estate of Anthony J. Mitchell,<br><br>　　　Plaintiff,<br><br>v.<br><br>FULTON COUNTY, GA, *et al.*,<br><br>　　　Defendants.<br>_____ | CIVIL CASE NO.<br><br>1:21-cv-00996-AT |

## CERTIFICATE OF SERVICE AND COMPLIANCE

THIS IS TO CERTIFY that on this day, the undersigned counsel presented **DEFENDANTS FULTON COUNTY POLICE OFFICERS' INITIAL DISCLOSURES** in Times New Roman, 14 point type, in accordance with United States District Court for the Northern District of Georgia Local Rule 5.1(C), and filed a copy with the Clerk of Court using the CM/ECF system, which will provide email notification to the following counsel of record:

Michael D. Harper
Michael D. Harper, P.C.
3481 Lakeside Dr. N.E., Suite 2406
Atlanta, Georgia 30326

Jeffery E. Tompkins
Thomas Kennedy Sampson & Tompkins LLP

3355 Main Street
Atlanta, Georgia 30337

Harvey S. Gray
Alex Joseph
Gray, Rust, St. Amand, Moffett & Brieske, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower
Atlanta, Georgia 30326

This 2nd day of May, 2022.

*/s/ Emilie O. Denmark*
Emilie O. Denmark
Senior Assistant County Counsel
Georgia Bar No. 185110
emilie.denmark@fultoncountyga.gov

**Office of the Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)