# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANITA D. SWANSON, Natural Mother and Administrator of the Estate of Anthony J. Mitchell,<br><br>    Plaintiff,<br><br>v.<br><br>FULTON COUNTY, GA, GRADY EMS, LLC, JAMES LUSTER, JEREMIAH WHITEHEAD, WILLIAM ROBERTS, JAMES BAUMGARTNER, JEREMY HOLLAND, JENNIFER JONES, VICTORIA WHALEY, DOUGLASS HARDNETT, and DESMOND LOWE<br><br>    Defendants. | CIVIL CASE NO.<br><br>1:21-cv-00996-AT |

## NOTICE OF SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that on November 8, 2022 counsel for Defendants, Fulton County, Jennifer Jones, Victoria Whaley, Douglass Hardnett, and Desmond Lowe, will issue the attached subpoena duces tecum to Dent First Dentalcare (Lithonia) with a return date of November 16, 2022. Defendants will provide Plaintiff with copies of all documents received in response to this subpoena.

1

Respectfully submitted this 8th day of November, 2022.

        **OFFICE OF THE FULTON COUNTY ATTORNEY**

        */s/Juliana Sleeper*
        Juliana Sleeper
        Senior County Counsel
        Georgia Bar No. 376099
        Juliana.Sleeper@fultoncountyga.gov

        Kaye Woodard Burwell
        Deputy County Attorney
        Georgia Bar No. 775060
        kaye.burwell@fultoncountyga.gov

        **Attorneys for Defendant Fulton County, GA; Jennifer Jones, Victoria Whaley, Douglass Hardnett, and Desmond Lowe**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SHANITA D. SWANSON, Natural Mother and Administrator of the Estate of Anthony J. Mitchell, ) ) ) ) | |
| Plaintiff, ) ) | CIVIL CASE NO. |
| v. ) ) ) | 1:21-cv-00996-AT |
| FULTON COUNTY, GA, GRADY EMS, LLC, JAMES LUSTER, JEREMIAH WHITEHEAD, WILLIAM ROBERTS, JAMES BAUMGARTNER, JEREMY HOLLAND, JENNIFER JONES, VICTORIA WHALEY, DOUGLASS HARDNETT, and DESMOND LOWE ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 4th day of November, the undersigned presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C) and electronically filed the foregoing **NOTICE OF SUBPOENA DUCES TECUM** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

**MICHAEL D. HARPER, P.C.**
Michael D. Harper

3

3481 Lakeside Dr. N.E., Suite 2406
Atlanta, Georgia 30326
Email: mharper@mharperlaw.com

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP**
Harvey S. Gray
Alex Joseph
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower
Atlanta, Georgia 30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com

**THOMAS KENNEDY SAMPSON & TOMPKINS LLP**
Jeffrey E. Tompkins
Marriah N. Paige
3355 Main Street
Atlanta, Georgia 30337
(404) 688-4503
j.tompkins@tkstlaw.com
m.paige@tkstlaw.com

This 8th day of November, 2022.

/s/Juliana Sleeper
Juliana Sleeper
Senior County Counsel
Georgia Bar No. 376099
Juliana.Sleeper@fultoncountyga.gov

**Office of Fulton County Attorney**
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)