No. 1:21-cv-00996 AT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

SHANITA D. SWANSON,
*Plaintiff*

*versus*

JAMES LUSTER ET AL.,
*Defendants*

FULTON COUNTY POLICE DEFENDANTS' MOTION TO EXCLUDE
TESTIMONY OF PLAINTIFF'S EXPERT WILLIAM R. ANDERSON

Kaye Burwell
Deputy County Counsel

Brad Bowman
Supervising County Counsel

Juliana Sleeper
Senior Assistant County Counsel

OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office) | (404) 730-6324 (Facsimile)

COME NOW, Jennifer Jones, Victoria Whaley, Douglas Hardnett, and Desmond Lowe ("Police Defendants"), pursuant to Federal Rule of Evidence 702, and the United States Supreme Court decisions of *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, (1993) and *Kumho Tire Company, Ltd. v. Carmichael,* 526 U.S. 137 (1999), hereby move to exclude the testimony of Plaintiff's expert William R. Anderson ("Dr. Anderson").

Dr. Anderson's Opinions should be excluded because: 1) Dr. Anderson failed to base his opinions on sufficient facts and/or data; 2) Dr. Anderson's opinions are not based on reliable scientific principles; and 3) Dr. Anderson's opinions will not assist the trier of fact.

For the reasons set forth more fully in the accompanying Brief in support of this Motion, Police Defendants request that this motion be granted.

Respectfully submitted, this 3rd day of March, 2023.

        **OFFICE OF THE FULTON COUNTY ATTORNEY**

        Kaye Burwell
        Deputy County Counsel
        Georgia Bar No. 775060
        kaye.burwell@fultoncountyga.gov

        Brad Bowman
        Supervising County Counsel
        Georgia Bar No. 215007
        Brad.Bowman@fultoncountyga.gov

/s/ *Juliana Sleeper*_____
Juliana Sleeper
Senior Assistant County Counsel
Georgia Bar No. 376099
Juliana.Sleeper@fultoncountyga.gov

**Attorneys for Jennifer Jones, Douglas Hardnett, Victoria Whaley, and Desmond Lowe**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANITA D. SWANSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES LUSTER, *et al.*, )<br>)<br>Defendants. ) | Civil Action File No.<br><br>1:21-cv-00996-AT |

THIS IS TO CERTIFY that on this the 3rd day of March, 2023, the undersigned counsel presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C), and that I have electronically filed this **Motion to Exclude Testimony of Plaintiff's Expert, William R. Anderson,** with the Clerk of Court using the CM/ECF system, which will provide email notification to all of the following attorneys of record.

Michael D. Harper
Michael D. Harper, P.C.
3481 Lakeside Dr. N.E.
Suite 2406
Atlanta, Georgia 30326


Jefferey E. Tompkins
Thomas Kennedy Sampson & Tompkins LLP
3355 Main Street
Atlanta, Georgia 30337

Harvey S. Gray
Alex Joseph
Gray, Rust, St. Amand, Moffet, & Brieske, LLP
950 East Paces Ferry Road, N.E.
Suite 1700-Salesforce Tower
Atlanta, Georgia 30326

Respectfully submitted, this 3rd day of March, 2023

**OFFICE OF THE FULTON COUNTY ATTORNEY**

*/s/ Juliana Sleeper*
Juliana Sleeper
Senior Assistant County Counsel
Georgia Bar No. 376099
juliana.sleeper@fultoncountyga.gov

**Attorneys for Jennifer Jones, Douglas Hardnett, Victoria Whaley, and Desmond Lowe**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)