**MOTION TO EXCLUDE TESTIMONY OF
PLAINTIFF'S EXPERT WILLIAM R. ANDERSON**

**EXHIBIT 1**

EXPERT REPORT OF DR. ANDERSON

**Forensic**dimensions

October 5, 2022

re: Mitchell, Anthony (DOD 11/17/2019)

At the request of Mr. Harper I have reviewed the following data related to the death of Mr. Mitchell and have arrived at the following conclusions and opinions:

- Autopsy, Toxicology & Investigative reports from the Fulton County Medical Examiner's Office (2019-2103)
- Photos & Microscopic Tissue Slides from autopsy
- Report of Cardiac Examination: CryoLife Pathology Laboratory
- Records of Fulton County Police Department (FCPD)
- Records of City of South Fulton Fire Department (FD)
- Records from Grady EMS
- Grady Hospital Medical Records: 11/16/2019
- Scene photos (PDF & PNG.) and video

After review of this information, I have arrived at the following conclusions and opinions:

Based upon the information available I have created a Timeline of Events addressing the sequence of events leading up to the death of Mr. Mitchell.

**11/16/2019**
21:35
Responding FCPD officers arrive at scene of incident found Mr. Mitchell at the door of the establishment, bleeding from mouth and 'spitting' blood according to police reports, while resisting officers' attempts to prevent him from re-entering the restaurant.

He was reportedly removed from the establishment by the responding officers although the time sequence is not clear from the reports.

The subject was subsequently placed in handcuffs, behind the back, at which point Mr. Mitchell then fell to ground and at some point, a hood-like covering was placed over the face and head, apparently because of his continuing attempts to spit blood in the direction of the officers.

21:58
FD received call and was dispatched to 5628 Fulton Industrial Blvd. address of the restaurant.

1630 Bridgewater Drive          Heathrow, FL 32746          (407) 333-3512

22:03
FD Engine 13 responded to scene, finding the subject lying on his chest with hand-cuffs on, and asked that he be 'seated-up'. At this point, the FD report indicates that when covering was removed, (apparently still in place from earlier in the incident), Mitchell again began to spit blood in the direction of the responders, and reportedly, it was concluded that the subject would not allow FD personnel to perform further medical evaluation, while spitting blood from injury to mouth and 'being aggressive toward them'.

22:07
FD records indicate that the responders cleared the scene.

23:12
911 call from Mr. Mitchell's residence where he'd been found unresponsive.

23:22
FD records show arrival at the scene

23:27
Grady EMS initial evaluation found pulseless and unresponsive with CPR measures instituted showing no physiological response

**11/17/2019**
00:24
Mr. Mitchell admitted to ED, Grady Hospital

00:31
Mr. Mitchell is pronounced dead at the hospital following unsuccessful resuscitation efforts.

Anthony Mitchell suffered from a form of autism which may have been the major contributing factor for his behavior that resulted in an altercation with the employees of the BoJangles restaurant during which he appears to have sustained the blunt force injuries to the head, face and mouth as later documented by the autopsy examination.

Additionally, there was another significant medical issue involving the heart and cardiovascular system with damage to the heart, resulting from an inflammatory process involving blood vessels (vasculitis) known as Kawasaki's Syndrome—a disease that had initially manifested itself earlier in his life, but the effects of which were evident during the examination of the heart at autopsy.

Physical and physiological stress situations create situations wherein the release of adrenaline and other catecholamines in response to traumatic stimuli, result in an increase in the body's demand for oxygen as the metabolic rate is acutely elevated.

1630 Bridgewater Drive              Heathrow, FL 32746              (407) 333-3512

Deprivation of needed oxygen in this situation may lead to alteration in the body's homeostasis, with resultant acidosis and/or ketosis. Serum analysis from a serum sample taken from Mr. Mitchell indicates a significant increase in Beta-Hydroxybuterate, one of the ketone molecules that is associated with keto-acidosis.

This is particularly important in the functioning of the heart, where situations in which the muscle is not receiving adequate oxygenation can result in an increased sensitivity to abnormal electrical activity, and in the worst-case scenario, can promote arrhythmic events that can be dangerous and even fatal.

While this situation is usually tolerated in 'normal' individuals, it can be particularly problematic in cases of an injured or compromised heart, as was the case in Mr. Mitchell, whose major vessels supplying oxygenated blood to the heart muscle, were significantly compromised as the result of his pre-existing vascular disease.

It appears from the reports of FCPD & FD that Mr. Mitchell was placed in handcuffs about the time he was confronting the police officers which is reported to be approximately 21:35 on 11/16/2019, and also reportedly had his face and head covered in close proximity to that event.

Photos & video documentation show the subject on the ground, face down, and handcuffed behind his back, with the head covering in place, apparently prior to the time the FD requested he be "seated-up' subsequent to their arrival at 22:03 on 11/16/2019—a time interval of nearly one-half hour.

Notably, the photos also show that while Mr. Mitchell was in this position of restraint, one of the officers was in a semi-kneeling position with at least one knee positioned in contact with the subject's back—a situation that can cause significant impairment to the ability of an individual to properly expand their chest and can result in respiratory insufficiency and ultimately lack of proper oxygenation to the body, and the heart in particular.

Review of the FCPD records clearly indicate that the responding officers were aware early-on that Anthony Mitchell suffered from a 'mental disability'—information that Officer J. Jones documents was received from the restaurant manager, Tyrek Statham—and would have most certainly relayed to any responding FD & EMS personnel.

Medical evaluation in situations involving possible mental health issues can be complex and often lengthy, and in this case, the contribution of the mental status changes from the documented blunt force head trauma, add another layer or complexity to the situation we find in this instance involving Mr. Mitchell.

The acute and potentially on-going effects of both the physical and psychological trauma resulting from an autistic individual subjected to physical restraint and having his head covered require a complete and comprehensive medical evaluation, which was clearly not

performed in this case—where in fact, there is no documented medical evaluation prior to the EMS response to Mr. Mitchell's cardiac arrest.

The degree of head trauma documented by the autopsy is significant, raising the possibility of acute brain swelling and hypoxic neuronal changes that may not be evident because the interval between injury and death is only a few hours, but points out the necessity for a comprehensive medical evaluation—over and above that which can be carried out by first responders outside the hospital setting, because of the often subtle changes that are difficult to immediately recognize.

Timely evaluation and management is critical in situations of head trauma, particularly if there are existing underlying medical issues in a particular patient, and the documented delay between onset of the trauma (approximately 21:35) and initial notification of the first responders (21:58), represents a significant, and potentially life-threatening delay in the rendering of proper medical evaluation and treatment.

Similarly, the lack of any medical evaluation at the scene by either the FD or any documented EMS personnel, have denied Mr. Mitchell access to the potential medical interventions that may well have altered his clinical course and adverse outcome.

Anthony Mitchell was subjected to a cascading series of events including blunt force head trauma, compounded by the physical and psychological trauma of the application of restraints and sensory deprivation (in an autistic patient), thereby creating a potentially treatable medical emergency that went unrecognized in the absence of adequate medical evaluation—a cascade that ultimately resulted in his death.

Because there is no demonstrable evidence that Mr. Mitchell would have died absent the above discussed intervening  factors, the Cause of Death should be considered to be complications of blunt force trauma, and the effects of positional respiratory compromise created by the law enforcement interventions, in the absence of adequate medical intervention.

The Manner of Death should be considered to be Homicide.

These opinions are rendered to within a reasonable degree of medical certainty, and based upon the data which are presently available. I reserve the right to modify those opinions in the event further information becomes available.

*william anderson*
William R. Anderson MD