# MOTION TO EXCLUDE TESTIMONY OF
# PLAINTIFF'S EXPERT WILLIAM R. ANDERSON

# EXHIBIT 5

# SIX SECOND VIDEO (MEDIA FILE)

***A thumb drive containing the six second video has been submitted to the Court *via* U.S. Mail.***