**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SHANITA D. SWANSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | |
| ) | 1:21-cv-00996-AT |
| JAMES LUSTER, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**FULTON COUNTY POLICE DEFENDANT'S NOTICE OF FILING
ELECTRONIC MEDIA**

Please take notice that Jennifer Jones, Victoria Whaley, Douglas Hardnett, and Desmond Lowe (hereafter "Police Defendants"), have filed the following video file on electronic media:

1. A thumb drive consisting of **Police Defendant's Exhibit 5 to their Motion to Exclude Testimony of Plaintiff's Expert William R. Anderson M.D.** Exhibit 5 is a six second video taken by Plaintiff in this matter and relied upon by Plaintiff's Expert, William R. Anderson.

The content of the thumb drive has been electronically served on all counsels of record.

Respectfully submitted, this 3rd day of March, 2023.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Kaye Burwell
Deputy County Counsel
Georgia Bar No. 775060
kaye.burwell@fultoncountyga.gov

Brad Bowman
Supervising County Counsel
Georgia Bar No. 215007
Brad.Bowman@fultoncountyga.gov

*/s/ Juliana Sleeper*_____
Juliana Sleeper
Senior Assistant County Counsel
Georgia Bar No. 376099
Juliana.Sleeper@fultoncountyga.gov

**Attorneys for Jennifer Jones, Douglas Hardnett, Victoria Whaley, and Desmond Lowe**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SHANITA D. SWANSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | |
| ) | 1:21-cv-00996-AT |
| JAMES LUSTER, *et al.,* ) | |
| ) | |
| Defendants. ) | |

THIS IS TO CERTIFY that on this the 3rd day of March, 2023, the undersigned counsel presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C), and that I have electronically filed this **Notice of Filing Electronic Media,** with the Clerk of Court using the CM/ECF system, which will provide email notification to all of the following attorneys of record.

Michael D. Harper
Michael D. Harper, P.C.
3481 Lakeside Dr. N.E.
Suite 2406
Atlanta, Georgia 30326


Jefferey E. Tompkins
Thomas Kennedy Sampson & Tompkins LLP
3355 Main Street
Atlanta, Georgia 30337

Harvey S. Gray
Alex Joseph

Gray, Rust, St. Amand, Moffet, & Brieske, LLP
950 East Paces Ferry Road, N.E.
Suite 1700-Salesforce Tower
Atlanta, Georgia 30326

Respectfully submitted, this 3rd day of March, 2023

**OFFICE OF THE FULTON COUNTY ATTORNEY**

<u>*/s/ Juliana Sleeper*</u>
Juliana Sleeper
Senior Assistant County Counsel
Georgia Bar No. 376099
juliana.sleeper@fultoncountyga.gov

**Attorneys for Jennifer Jones, Douglas Hardnett, Victoria Whaley, and Desmond Lowe**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)