# PLAINTIFF'S RESPONE TO DEFENDANT POLICE OFFICERS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT WILLIAM R. ANDERSON, M.D.

EXHIBIT 2: Police Car Dash Camera Video and Audio File. A USB Flash Drive containing the video will be submitted to the Court via Hand Delivery on 3/17/23.