# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cv-00996-AT
### Swanson v. Luster et al
### Honorable J. Elizabeth McBath

Minute Sheet for proceedings held In Open Court on 04/04/2023.

TIME COURT COMMENCED: 10:20 A.M.
TIME COURT CONCLUDED: 4:50 A.M.       TAPE NUMBER: FTR
TIME IN COURT: 6:30                   DEPUTY CLERK: Neethu Varghese
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kaye Burwell representing Fulton County, GA |
| | Harvey Gray representing James Luster |
| | Harvey Gray representing Jeremiah Whitehead |
| | Harvey Gray representing William Roberts |
| | Michael Harper representing Shanita D. Swanson |
| | Alexandra Joseph representing James Luster |
| | Alexandra Joseph representing Jeremiah Whitehead |
| | Alexandra Joseph representing William Roberts |
| | Tiffany Sellers representing James Baumgartner |
| | Tiffany Sellers representing Jeremy Holland |
| | Juliana Sleeper representing Desmond Lowe |
| | Juliana Sleeper representing Douglass Hardnett |
| | Juliana Sleeper representing Jennifer Jones |
| | Juliana Sleeper representing Victoria Whaley |
| | Jeffrey Tompkins representing James Baumgartner |
| | Jeffrey Tompkins representing Jeremy Holland |
| OTHER(S) PRESENT: | Shanita Swanson, Plaintiff |
| | James Westbury appearing on behalf of Defendant |
| | Samantha Johnson appearing on behalf of Defendant |
| | Larry Tolbert appearing on behalf of Defendant |
| | Latoya BelgraveGreen appearing on behalf of Defendant |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Parties participated in a settlement conference and reached a settlement agreement. Magistrate Judge J. Elizabeth McBath terminated as settlement judge. |