# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SHANITA D. SWANSON, Natural Mother and Administrator of the Estate of Anthony J. Mitchell, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action File No. |
| v. | ) ) | 1:21-cv-00996-AT |
| FULTON COUNTY, GA, *et al.*, | ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff and each Defendant have agreed to the stipulated dismissal with prejudice of all claims asserted in this action, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 13th day of June, 2023.

*/s/ Michael Harper*
Michael D. Harper
Georgia Bar No. 328378
Michael D. Harper, P.C.
3481 Lakeside Dr., NE Suite 2406
Atlanta, GA 30326
mharper@mharperlaw.com
(404) 271-6618
**Attorney for Plaintiff**

*/s/ Juliana Sleeper*
Juliana Sleeper
Senior Assistant County Counsel
Georgia Bar No. 376099
Office of Fulton County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
juliana.sleeper@fultoncountyga.gov
**Attorney for Defendant Fulton County, GA, and Fulton County Officer Defendants Jennifer Jones, Victoria Whaley, Douglass Hardnett, and Desmond Lowe**

*/s/Jeffrey Emery Tompkins*
Jeffrey Emery Tompkins
(signed by J. Sleeper with express permission)
Thomas Kennedy Sampson & Tompkins LLP
Georgia Bar No. 714608
3355 Main St.,
Atlanta, GA 30337
(404) 688-4503
Email: j.tompkins@tkstlaw.com
**Attorney for Grady Memorial Hospital Corporation; James Baumgartner; and Jeremy Holland**


*/s/ Harvey S. Gray*
Harvey S. Gray
(signed by J. Sleeper with express permission)
Gray, Rust, St. Amand, Moffet, & Brieske, LLP
950 East Paces Ferry Road, N.E.
Suite 1700-Salesforce Tower
Atlanta, Georgia 30326
**Attorney for James Luster; Jeremiah Whitehead; and William Roberts**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SHANITA D. SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 1:21-cv-00996-AT |
| JAMES LUSTER, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

THIS IS TO CERTIFY that on this the 13th day of June, 2023, the undersigned counsel presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C), and that I have electronically filed this **Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system, which will provide email notification to all of the following attorneys of record.

Jefferey E. Tompkins
Thomas Kennedy Sampson & Tompkins LLP
3355 Main Street
Atlanta, Georgia 30337

Juliana Sleeper
Office of Fulton County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

Harvey S. Gray
Alex Joseph
Gray, Rust, St. Amand, Moffet, & Brieske, LLP
950 East Paces Ferry Road, N.E.
Suite 1700-Salesforce Tower
Atlanta, Georgia 30326

Respectfully submitted, this 13th day of June, 2023

*/s/ **Michael Harper***
Michael D. Harper
Georgia Bar No. 328378
Michael D. Harper, P.C.
3481 Lakeside Dr., NE Suite 2406
Atlanta, GA 30326
mharper@mharperlaw.com
(404) 271-6618
**Attorney for Plaintiff**